| UNITED STATES DISTRICT COURT BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |

*Filed Nov 10 2008, United States Courts Southern District of Texas*

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 08-34552-H411 |
|---|---|---|---|

| Continental Vista Broadcasting Group, Inc. |
|---|
| *versus* |
| Whiteblox, Inc. |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted U.S. District Court for: | Antoinette McGill<br>The Chugh Firm<br>4800 Great America Parkway<br>Suite 310<br>Santa Clara, CA 95054<br>408-970-0100<br>California — # 148521<br>Northern and Southern District of California |
|---|---|

Seeks to appear as the attorney for this party:

R. Systems, Inc. Creditor

| Dated: 11/3/08 | Signed: *[signature]* |
|---|---|

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _____, _____.

_____
United States District Judge

SDTX (d_prohac.ord)
02/03/98

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA    } ss.

I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California,

DO HEREBY CERTIFY That Antoinette McGill was duly admitted to practice in said Court on 3/16/1999, and is in good standing as a member of the bar of said Court

Dated at San Diego, CA

on October 28, 2008

W. SAMUEL HAMRICK, JR.
Clerk

By __J. ZELEDON_____,
Deputy Clerk

# Certificate of Good Standing

United States District Court  )
                              ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Antoinette McGill, Bar No. 148521** was duly admitted to practice in said Court on **December 4, 1990**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on October 28, 2008

_____
Richard W. Wieking
Clerk